COURT OF APPEALS

SECOND DISTRICT OF TEXAS

FORT WORTH

NO. 2-08-406-CV

BRIAN EDWARD FRANKLIN
 
APPELLANT

V.

THE CITY OF FORT WORTH, FORT APPELLEES

WORTH CIVIL SERVICE COMMISSION, 

AND NORMAN BENNETT

----------

FROM THE 141ST DISTRICT COURT OF TARRANT COUNTY

----------

MEMORANDUM OPINION
(footnote: 1) AND JUDGMENT

----------

We have considered appellant’s “Withdrawal Of Notice Of  Appeal.”  It is the court’s opinion that the motion should be granted; therefore, we dismiss the appeal.  
See
 
Tex. R. App. P.
 42.1(a)(1), 43.2(f).

PER CURIAM

PANEL:  LIVINGSTON, DAUPHINOT, and HOLMAN, JJ.

DELIVERED:  December 18, 2008

FOOTNOTES
1:
See
 
Tex. R. App. P.
 47.4.